UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD M. ORTON,

               Plaintiff,

         -v.-

UNITED PARCEL SERVICE GENERAL SERVICES CO. and ANDREW T. BROUILLETTE,

               Defendants.

21 Civ. 4992 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    Plaintiff Richard M. Orton filed the Complaint in this case on June 5, 2021. (Dkt. #1). On October 12, 2021, Plaintiff filed affidavits of service stating that both defendants in this matter had been served. (Dkt. #15, 16). Defendant United Parcel Service General Services Co. was served on October 4, 2021, and its answer to the Complaint was due on October 25, 2021. (Dkt. #15). Defendant Andrew T. Brouillette was served on October 5, 2021, and his answer was due October 26, 2021. (Dkt. #16). Since that time, neither defendant has filed an answer or any other response to the Complaint and no attorney has filed a notice of appearance on behalf of either defendant.

    Accordingly, the Court hereby ADJOURNS the initial pretrial conference in this matter to **December 22, 2021, at 11:00 a.m.** If an attorney has not appeared on behalf of the defendants by that date, the Court will adjourn the initial pretrial conference *sine die* and Plaintiff shall begin the process of seeking a default judgment in this matter. Plaintiff shall submit to the Court the requisite paperwork for a default judgment, if appropriate, by **January 24, 2022**.

SO ORDERED.

Dated:  November 12, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge