UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD M. ORTON,<br><br>                             Plaintiff,<br><br>                    -v.-<br><br>UNITED PARCEL SERVICE GENERAL SERVICES CO. and ANDREW T. BROUILLETTE,<br><br>                             Defendants. | 21 Civ. 4992 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

A pretrial conference is currently scheduled in this matter for May 4, 2022. (Dkt. #25). Given the parties' representation that they expect to settle this case once they receive certain additional documents (Dkt. #28) and the Court's order directing the parties to submit a joint status update informing the Court of the status of their settlement discussions on or before June 17, 2022 (Dkt. #29), the Court hereby ADJOURNS the pretrial conference *sine die*. If the parties are unable to reach a settlement, the Court will schedule a new date for the conference at that time.

SO ORDERED.

Dated:   April 29, 2022
        New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge